UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SEPRACOR, INC., UCB S.A. | ) | **JUDGMENT** |
| and UCB, INC. | ) | |
| v. | ) | No. 5:08-CV-247-H3 |
| | ) | |
| SUN PHARMACEUTICAL | ) | |
| INDUSTRIES, LTD. | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the defendants' motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED the motion to dismiss is granted and all claims and counterclaims in this matter are dismissed without prejudice.**

This Judgment Filed and Entered on December 13, 2010 with service on:

Melody Carroll Ray-Welborn (via cm/ecf Notice of Electronic Filing)
W. Andrew Copenhaver (via cm/ecf Notice of Electronic Filing)
Eric P. Stevens (via cm/ecf Notice of Electronic Filing)

Date: December 13, 2010

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk